IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOSEPH TIGER D. PRINCE, | : |
| Petitioner, | : |
| vs. | : File No. **1:05-CV-55 (WLS)** |
| MICHELLE MARTIN, Warden, | : |
| Respondent. | : |

### RECOMMENDATION

The petitioner filed this § 2254 action challenging his 1999 Dougherty County conviction resulting from a jury trial for malice murder.  Presently pending in this action are several motions filed by petitioner.

*1. Petitioner's Motion for Summary Judgment (Doc. 25 and 29)*

Petitioner files what he calls a notice of filing for partial summary judgment on the issues of ineffective assistance of counsel at trial and on appeal (doc. 25) and a 29 page motion for partial summary judgment as to those same issues (doc. 29).

In a separate order, the undersigned has dealt with petitioner's various outstanding motions, including several relevant to petitioner's numerous discovery requests.  The undersigned granted one of petitioner's requests for discovery relative to a hearing that took place on November 18, 1998.

It would appear that plaintiff's motions are premature, as he filed the motions prior to asking for or receiving certain discovery requests.  Therefore, it is the RECOMMENDATION of the undersigned that petitioner's motions for summary judgment be **DENIED** without prejudice.

After the requested discovery has been given to petitioner, the undersigned will undertake a review of the entire file, including the brief and supporting documentation presented in petitioner's motions for partial summary judgment, and will make a recommendation on the merits of the petition.

*2. Petitioner's Motion for Judgment on the Pleadings (Doc. 37)*

Petitioner files this motion for judgment on the pleadings, stating that he is entitled to a prompt resolution of all outstanding motions and for a determination of his petition. Petitioner is correct, of course; however, petitioner has filed numerous motions, including several motions related to discovery, stating that he does not have access to all of the transcripts relative to his trial. The undersigned has dealt with those outstanding motions filed by petitioner by separate order. It is axiomatic that the court cannot determine the merits of this petition if petitioner himself is repeatedly requesting further discovery.

As stated above, the undersigned will consider the entire record, including the discovery that has been ordered to be provided to petitioner, as soon as practicable. Consequently, it is the RECOMMENDATION of the undersigned that petitioner's motion for judgment on the pleadings be **DENIED as both moot and premature**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to these recommendations with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 20th day of November, 2006.

//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd