IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOSEPH TIGER D. PRINCE            :
                                  :
    Petitioner,                   :
                                  :
v.                                :    1:05-CV-55 (WLS)
                                  :
MICHELLE MARTIN, et al.,          :
                                  :
    Respondents.                  :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed October 6, 2009. (Doc. 80). It is recommended that Petitioner's Motion to Amend (Doc. 67) be **GRANTED**, Petitioner's Motion to Vacate (Doc. 69) be **DENIED**, and Petitioner's Motions for Default Judgment (Doc. 77; Doc. 79) be **DENIED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 80) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion to Amend (Doc. 67) is **GRANTED**. Thus, Petitioner's petition for *habeas* relief (Doc. 1) only shall proceed as to Ground Two, Ground Four, Ground Five, Ground Six, and Ground Fourteen. The remaining grounds One, Three, Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, and Fifteen (Doc. 1) are **DISMISSED**. Petitioner's Motion to Vacate (Doc. 69) is **DENIED**. Petitioner's Motions for Default Judgment (Doc. 77; Doc. 79) are **DENIED**.

    SO ORDERED, this 28th day of October, 2009.

1

_____
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT